No. 172. UNITED STATES *v.* KHLEBER MILLER VAN ZANDT ET AL. Appeal from the District Court of the United States for the Northern District of Texas. Argued January 25, 1926. Decided March 1, 1926. *Per Curiam.* Dismissed for failure to file appeal in time as required by § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 727. *Messers. W. D. Smith* and *Alfred A. Wheat,* Special Assistant to the Attorney General, with whom *Solicitor General Mitchell* was on the brief, for the United States. *Mr. Ellis Douthit* for appellees.

---

No. 175. NATIONAL PAPER & TYPE COMPANY *v.* FRANK K. BOWERS, COLLECTOR, ETC. Error to the District Court of the United States for the Southern District of New York. Argued January 26, 1926. Decided March 1, 1926. *Per Curiam.* Affirmed upon the authority of *W. E. Peck & Company, Inc., v. Lowe, Collector,* 247 U. S. 165; *United States Glue Co. v. Town of Oak Creek,* 247 U. S. 321; *Cornell v. Coyne,* 192 U. S. 418; *Turpin v. Burgess, Collector,* 117 U. S. 504; *Pace v. Burgess, Collector,* 92 U. S. 372. *Mr. Cornelius W. Wickersham,* with whom *Messrs. Franklin Grady* and *George W. Wickersham* were on the brief, for plaintiff in error. *Solicitor General Mitchell,* with whom *Mr. Richard P. Reeder* was on the brief, for defendant in error.